IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>$47,000.00 IN UNITED STATES CURRENCY and<br>ONE 2017 TOYOTA TUNDRA, VIN: 5TFCY5F1XHX021699, WITH ALL ACCESSORIES, ATTACHMENTS AND COMPONENTS THEREON,<br>Defendants. | Case No. 19–CV–00551–JPG |

## **STIPULATED ORDER FOR FORFEITURE & RETURN OF PROPERTY**

Upon stipulation by the United States of America by and through its attorneys, Steven D. Weinhoeft, United States Attorney for the Southern District of Illinois, and Adam E. Hanna, Assistant United States Attorney, and Jonathan N. Bruntrager, Attorney for William L. Manns, the Court hereby finds and orders as follows:

1. All due notices required by law with respect to the forfeiture have been provided.

2. William L. Manns agrees that the $47,000.00 claimed by him shall be forfeited to the United States, and the $47,000.00 is hereby ordered so forfeited. The United States Marshal shall dispose of the $47,000.00 pursuant to law.

3. No other party has filed a claim to the subject funds as required by law in the judicial civil forfeiture proceeding, which are subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6), and the time for any other party to file a claim to the subject funds has expired under 18 U.S.C. § 983(a)(2)(A)–(E).

4. William L. Manns warrants that, subject only to the right of the United States to forfeit the currency, he has at all relevant times been the sole owner of the $47,000.00 claimed by

him and that there are no other liens or legal or equitable interests in same.

5. The 2017 Toyota Tundra, VIN: 5TFCY5F1XHX021699, with all accessories, attachments and components thereto shall be returned to William L. Manns, through his attorney, Jonathan N. Bruntrager, and the United States shall not seek any further forfeiture of the 2017 Toyota Tundra based on any activity which occurred prior to the entry of this Order. William L. Manns shall deliver to the United States Marshals Service the sum of $644.96 which sum represents fees incurred by the United States in this litigation. William L. Manns is required to pay the sum of $644.96 to the United States Marshals Service prior to the 2017 Toyota Tundra being released to William L. Manns. Said payment shall be made, and the vehicle retrieved, no later than thirty (30) days from the entry of this Order.

6. William L. Manns further warrants that, subject only to the right of the United States to forfeit the 2017 Toyota Tundra, he has at all relevant times been the sole owner of the 2017 Toyota Tundra being returned to him and that there are no other liens or legal or equitable interests in same.

7. William L. Manns hereby releases and holds harmless the United States of America and all officers, agents, employees, and attorneys of the United States of America from any and all damages or causes of action arising from the seizure and storage of said vehicle and the institution of forfeiture proceedings against said vehicle, including but not limited to any physical damage to said vehicle, any damages for loss of use of said vehicle, any deterioration of said vehicle, and any interest, attorneys' fees, or litigation costs, including but not limited to any costs which could be imposed under 28 U.S.C. § 2465(b)(1). The parties stipulate, and the Court so finds, that there is reasonable cause for the seizure of the subject-matter property and that this

Order may serve as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465(a)(2).

**IT IS SO ORDERED.**

**Dated: Monday, March 23, 2020**

                                                         **S/J. Phil Gilbert**
                                                         **J. PHIL GILBERT**
                                                         **UNITED STATES DISTRICT JUDGE**

Approved by:

*/s/ William L. Manns w/consent*                 */s/ Jonathan N. Bruntrager w/consent*
WILLIAM L. MANNS                           JONATHAN N. BRUNTRAGER
Claimant                                           Attorney for Claimant
                                                          Bruntrager & Billings, P.C.
                                                          225 S. Meramec Avenue, Suite 1200
                                                          Clayton, MO 63105


*/s/ Adam E. Hanna*
ADAM E. HANNA
Assistant United States Attorney