IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>$47,000 IN UNITED STATES CURRENCY<br>and<br>ONE 2017 TOYOTA TUNDRA, VIN:<br>5TFCY5F1XHX021699, WITH ALL<br>ACCESSORIES, ATTACHMENTS AND<br>COMPONENTS THEREON,<br>Defendants. | Case No. 19–CV–00551–JPG |

## JUDGMENT & DECREE FOR FORFEITURE

Pending before the Court is the Motion for Judgement of Forfeiture filed by the United States of America (Doc. 43). On May 28, 2019, Plaintiff United States of America filed a Verified Complaint for Forfeiture against Defendants, described as $47,000.00 in United States Currency and one 2017 Toyota Tundra, VIN: 5TFCY5F1XHX021699 (Doc. 1). The Complaint alleges that the currency constitutes money furnished or intended to be furnished by a person in exchange for a controlled substance, or proceeds traceable to such an exchange, or money used to facilitate a violation of 21 U.S.C. § 801, *et seq*., and is thus subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6). The Complaint further alleges that the vehicle constitutes a conveyance which was used or intended to be used, to transport, or in any manner to facilitate the transportation, sale, receipt, possession or concealment of a controlled substance, and is thus subject to forfeiture to the United States pursuant to 21 U.S.C. ' 881(a)(4).

After process was fully issued and returned according to law, a warrant of arrest was issued by the Clerk of Court, and the United States Marshals Service seized the property on June 19, 2019 (Doc. 25). Notice of this action was also published on an official government website

— 2 —

(www.forfeiture.gov) for at least 30 consecutive days, beginning June 3, 2019 (Doc. 23). William L. Manns filed a claim on July 18, 2019 (Doc. 10). On March 18, 2020, the Clerk of Court entered default as to all interested parties except William L. Manns (Doc. 44).

On March 23, 2020, a Stipulated Order for Forfeiture and for Return of Property was entered (Doc. 45) wherein Claimant William L. Manns agreed to the forfeiture of $47,000.00 in United States Currency and the United States agreed to return the 2017 Toyota Tundra, VIN: 5TFCY5F1XHX021699 to him.

Pursuant to Federal Rule of Civil Procedure 55(b), default judgment is hereby entered against all interested parties (except William L. Manns) and in favor of Plaintiff United States of America. The property, described as $47,000.00 in United States Currency is hereby ordered forfeited to the United States of America and no right, title or interest in the property shall exist in any other party. The defendant property shall be disposed of according to law by the United States Marshal.

**Dated: Friday, June 5, 2020**

                                                s/J. Phil Gilbert
                                                **J. PHIL GILBERT**
                                                **UNITED STATES DISTRICT JUDGE**